```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

ANTHONY CLIVE COLEY,           )
A 085-596-476                  )
    Petitioner,                )
                               )
         v.                    ) CIVIL ACTION NO. 10-11852-DPW
                               )
ERIC HOLDER, ATTORNEY GENERAL, )
ET AL.,                        )
    Respondents.               )

                          ORDER FOR DISMISSAL
                           November 28, 2010

WOODLOCK, D.J.

    On October 22, 2010, petitioner Anthony Clive Coley ("Coley"), then an immigration detainee in custody at the Plymouth County Correctional Facility in Plymouth, Massachusetts, filed a self-prepared habeas petition pursuant to 28 U.S.C. § 2241.  Coley alleged that his removal order was final more than six months ago but his removal was not reasonably foreseeable.  He sought immediate release, asserting that his continued detention violated his right to due process, as articulated by the Supreme Court in *Zadvydas v. Davis*, 533 U.S. 678 (2001).

    Coley did not pay the $5.00 filing fee for habeas petitions, nor did he file an application seeking a waiver thereof.  On October 29, 2010, a Procedural Order (Docket No. 2) issued directing Coley to pay the $5.00 filing fee or file a Motion for Leave to Proceed *in forma pauperis* within 21 days.

    On November 12, 2010, the Procedural Order mailed to Coley was returned to this Court as undeliverable.  Upon inquiry by the

clerk as to Coley's whereabouts, it was discovered that on October 28, 2010, Coley was removed to Jamaica.  Thereafter, a Notice of Removal (Docket No. 4) was filed by respondent's counsel.[1]

In light of Coley's removal, this action is now moot. Accordingly, it is hereby Ordered that this action is <u>DISMISSED</u> in its entirety without prejudice.  The respondent is directed to mail a copy of this Order to Coley at his last known address.

SO ORDERED.

<u>/s/ Douglas P. Woodlock</u><br>
UNITED STATES DISTRICT JUDGE

---

[1] Counsel seeks leave to file the document without service on Coley in light of his removal from the United States.  The request is <u>ALLOWED</u>.